UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINWOO PARK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PHILLIPS,<br><br>　　　　Respondent. | Case No. 2:23-cv-02572-VBF-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) the Motion to Dismiss is **GRANTED**; and

(2) the Petition is **DISMISSED** with prejudice.

Dated: December 11, 2024

/s/ Valerie Baker Fairbank
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge