1
2
3
4
5

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JINWOO PARK, | Case No. 2:23-cv-02572-VBF-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| PHILLIPS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: December 11, 2024

/s/ Valerie Baker Fairbank
_____
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge